UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**

2006 JUL 31  P 4: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

ALLEN WISER,

    **Plaintiff,**

v.

    Case No. 3:05-cv-753-J-20TEM

HILL'S VAN SERVICE OF NORTH
FLORIDA, INC. and MAYFLOWER TRANSIT, LLC,

    **Defendants.**

_____/

## ORDER

Pursuant to Local Rule 1.03(d), this case is **TRANSFERRED** to the Honorable Virginia M. Hernandez Covington with her consent.

**DONE AND ENTERED** at Jacksonville, Florida, this 31st day of July, 2006.

    TIMOTHY J. CORRIGAN
    United States District Judge

**Signed on behalf of**
**HARVEY E. SCHLESINGER**
**United States District Judge**

**Copies to:**
Honorable Virginia M. Hernandez Covington
B. Thomas Whitefield, Esq.
Gregory Earl Blackwell, Esq.
Lawrence J. Roberts, Esq.

1